**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

EDWARD TORRES,

        Plaintiff,

v.                                                      Case No. 6:15-cv-1911-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

**ORDER**

This cause is before the Court on Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 20), filed January 12, 2017.

Plaintiff Edward Torres initiated this action for review of a final decision of the Commissioner of Social Security ("Commissioner") concerning Plaintiff's claim for disability benefits. (*See* Doc. 1.) The matter was referred to U.S. Magistrate Judge Daniel C. Irick, who issued a Report and Recommendation ("Report"), which advised the Court to reverse and remand the Commissioner's decision. (Doc. 20.) The January 30, 2017 deadline to file any objections to the Report has passed, *see* 28 U.S.C. § 636(b)(1), and no objections were filed. Absent objections, and upon consideration, the Court finds that Magistrate Judge Irick's thorough and well-reasoned Report is due to be adopted and confirmed.

**CONCLUSION**

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **REVERSED AND THE MATTER IS REMANDED TO THE COMMISSIONER OF SOCIAL SECURITY**.

3. The Clerk is **DIRECTED** to enter Judgment for the Plaintiff and to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 17, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Unrepresented Parties

U.S. Magistrate Judge Daniel C. Irick